# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO. 23-05593-JJG-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOANNE FRIEDMEYER, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 25-50065 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DENNIS MCCARTER & STIFEL BANK | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Comes now Joanne Friedmeyer, the Chapter 7 trustee and Plaintiff, by counsel, Joseph Mulvey, and hereby notifies the court that the foregoing adversary proceeding is dismissed, with prejudice.

Respectfully submitted this 13th day of January, 2026

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on this 13th day of January, 2026.

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)